1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONNIE KAY SNEED,                           No.  2:15-cv-0572 TLN DAD P

12                  Plaintiff,

13          v.                                     ORDER

14    HDSP MEDICAL STAFF et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.

18    § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This

19    proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

21    1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§

23    1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in

24    accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct

25    the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and

26    forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments

27    of twenty percent of the preceding month's income credited to plaintiff's prison trust account.

28    These payments will be forwarded by the appropriate agency to the Clerk of the Court each time

1

1   the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. §

2   1915(b)(2).

3                                    **PLAINTIFF'S COMPLAINT**

4          Plaintiff commenced this action by filing a letter (with attachments) in the United States

5   District Court for the Northern District of California.  In the letter, plaintiff complains about

6   receiving inadequate medical care at High Desert State Prison.  The United States District Court

7   for the Northern District of California transferred the case to this court, which appeared to have

8   proper venue over plaintiff's potential claims as described in his letter.  However, before the

9   Northern District transferred the case here, plaintiff filed a form complaint.  On that form

10  complaint, plaintiff appears to complain about his parole agents, all of whom are located in Los

11  Angeles.

12         Before this court will proceed in this action, the court will direct plaintiff to file an

13  amended complaint.  In his amended complaint, plaintiff must identify all of the defendants with

14  their position and place of employment in the caption of his pleading and in the section of the

15  form complaint designated for that purpose.  In addition, in the section of the form complaint in

16  which the plaintiff is required to set forth a brief statement of the facts of the case, he must

17  describe how each defendant has deprived him of his constitutional rights.  Plaintiff should clarify

18  what constitutional right he believes each defendant has violated and support each claim with

19  factual allegations about each defendant's actions.

20         Insofar as plaintiff wishes to proceed on a claim against defendants at High Desert State

21  Prison for providing him with inadequate medical care, he may proceed in this action.  However,

22  if plaintiff wishes to proceed against his parole agents in Los Angeles, he must file a separate

23  civil rights action in the United States District Court for the Central District of California, where

24  venue is appropriate with respect to any potential claims against plaintiff's Los Angeles based

25  parole agents.

26  /////

27  /////

28  /////

2

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis (Doc. No. 13) is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3.  Plaintiff's complaint is dismissed.

4.  Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice.  Alternatively, plaintiff may move to voluntarily dismiss this action without prejudice.

5.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated:  October 19, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
snee0572.14a

3