UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KAY SNEED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HDSP MEDICAL STAFF et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0572 TLN KJN P (TEMP)<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner, proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 20, 2015, then-Magistrate Judge Dale A. Drozd dismissed plaintiff's complaint and granted him thirty days leave to file an amended complaint. On December 3, 2015, the undersigned granted plaintiff an additional thirty-five days to file an amended complaint. That thirty-five day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 20, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

snee0572.fta